UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BONDERER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STU SHERMAN,<br><br>　　　　　Respondent. | No. 2:20-cv-0415 JAM AC P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed June 30, 2020, respondent was ordered to respond to the petition within sixty days. ECF No. 8. On August 31, 2020, respondent filed lodged documents, but does not appear to have filed a response. ECF No. 14.

Accordingly, IT IS HEREBY ORDERED that within ten days of the filing of this order, respondent must file his response to the petition.

DATED: November 30, 2020

　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1