UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BONDERER, | No. 2:20-cv-0415 JAM AC P |
| Petitioner, | |
| v. | ORDER |
| STU SHERMAN, | |
| Respondent. | |

Petitioner has requested the appointment of counsel. ECF No. 22. There currently exists no absolute right to appointment of counsel in habeas proceedings. Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A(a)(2) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." The petition is fully briefed, and petitioner does not have any current obligations in this case. The court therefore does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel, ECF No. 22, is denied.

DATED: April 2, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE