UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH BONDERER,

        Petitioner,

   v.

GENA JONES,

        Respondent.

No.  2:20-cv-0415 DAD AC P

ORDER

Petitioner has filed a motion for a sixty-day extension of time to file objections to the October 9, 2024 findings and recommendations.  The current deadline is November 4, 2024.  Good cause appearing, IT IS HEREBY ORDERED that:

    1.  Petitioner's motion for an extension of time (ECF No. 37) is GRANTED; and

    2.  Petitioner is granted an additional sixty days, up to January 3, 2025, to file any objections.

DATED: October 28, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE